UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ambonisye Kelley** **Docket No. 5:19-CR-405-1FL**

**Petition for Action on Supervised Release**

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ambonisye Kelley, who, upon an earlier plea of guilty to Count 2 - Possession With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count 3 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 11, 2021, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ambonisye Kelley was released from custody on November 20, 2024, at which time the term of supervised release commenced.

On September 24, 2025, a Petition for Action was approved by the court modifying the conditions of supervised release to include participation in a cognitive behavioral program.

On June 16, 2026, the court denied a motion for early termination of supervision filed by the United States Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 30, 2026, the defendant was arrested for Felony Possession of Schedule I Controlled Substance. The defendant admitted to possessing Ecstasy and reported the conduct to his supervising officer the next day. The undersigned probation officer verbally reprimanded the defendant for his conduct in violation of his conditions of supervision. The defendant took accountability and expressed his willingness to participate in substance abuse treatment services and adhere to a curfew. The Probation Office will enroll the defendant in the Surprise Urinalysis Program and supervision contacts will be increased. The defendant has satisfied and complied with all special conditions of supervised release, including completion of the Moral Reconation Therapy (MRT) Program. All drug screens have been negative, including a urinalysis on August 31, 2026. The defendant is gainfully employed and has satisfied all his monetary obligations. In response to this behavior, it is respectfully recommended that the conditions of supervised release be modified to include a curfew with location monitoring and participation in a program for the treatment of narcotic addiction, drug dependency, or alcohol dependency. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: September 23, 2026

**ORDER OF THE COURT**

Considered and ordered this 23rd day of September, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge