UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ambonisye Kelley** **Docket No. 5:19-CR-405-1FL**

## Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ambonisye Kelley, who, upon an earlier plea of guilty to Count 2 - Possession With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and Count 3 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 11, 2021, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ambonisye Kelley was released from custody on November 20, 2024, at which time the term of supervised release commenced.

On September 24, 2025, a Petition for Action was approved by the court modifying the conditions of supervised release to include participation in a cognitive behavioral program.

On June 16, 2026, the court denied a motion for early termination of supervision filed by the United States Probation Office.

On September 23, 2026, a Petition for Action was approved by the court continuing the defendant on supervision and modifying the conditions of supervised release to include substance use testing and treatment, and participation in Location Monitoring with a curfew for a period of 60 days. Additionally, the court was notified of a criminal conduct violation that occurred on August 30, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The Probation Office respectfully requests modification of the defendant's conditions of supervision to replace the remaining term of curfew and location monitoring with a requirement to complete 56 hours of community service within 90 days. This modification is sought to support the defendant's continued progress and stability while under supervision. The defendant has demonstrated compliance with supervision expectations and maintains consistent employment as a truck driver, which requires interstate travel. The defendant initially intended to utilize his commercial driver's license (CDL) to secure local employment during the curfew period; however, those plans did not materialize. Consequently, the current curfew condition presents logistical challenges, as coordinating and obtaining approval from the court for extended departures is not practical. Replacing the remaining curfew requirement with community service will allow the defendant to maintain his employment obligations while continuing to fulfill a meaningful sanction. This adjustment will promote continued accountability, encourage prosocial behavior, and support the defendant's ongoing compliance and stability while under supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall complete 56 hours of community service within 90 days of this order, as directed by the probation office.

2. The remaining term of the original 60 days of curfew with Location Monitoring is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: October 16, 2026

**ORDER OF THE COURT**

Considered and ordered this 22nd day of October, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge